# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DREMA O'DELL :

: C.A. No. 26-6469

:

## NOTICE

The record on appeal from the Bankruptcy Court in the above captioned case was entered on the docket in this office on 10/1/26 and has been assigned to the Honorable Paul S. Diamond.

The following is the schedule for filing briefs with this office:

(1) The Appellant shall serve and file their brief within 30 days after entry of the on appeal.
record

(2) The Appellee shall serve and file their brief within 30 days after service of the brief of the Appellant.

(3) The Appellant may serve and file a reply brief within 14 days after service of the brief of the Appellee.

**GEORGE WYLESOL**
Clerk of Court

By: s/Stephen Gill
Stephen Gill, Deputy Clerk

civ651.frm
(06/2016)