IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

REC'D OCT 22 2026

IN RE: DREMA O'DELL : C.A. No. 26-6469

## APPELLANT'S MOTION FOR AN EXTENSION OF THE TIME IN WHICH TO FILE APPELLANT'S BRIEF

The Appellant received Appellee's contributions to the designation of the record and matters on appeal on or about October 6, 2026 and received the brief scheduling notice from the Clerk on or about October 13, 2026. The Appellant requires additional time in which to address Appellee's contributions and prepare any record on appeal, and the Appellant was not prepared for the postal service to take seven days to deliver the Clerk's notice.

The Appellant respectfully requests an additional thirty days extension of the period in which to file the Appellant's brief.

Respectfully submitted:

Drema Odell

Drema Odell, Appellant *pro se*
P.O. Box 205
Edgmont, PA 19028
(267) 418-5177

Words: 105

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DREMA O'DELL | : | |
| | : | |
| | : | C.A. No. 26-6469 |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Appellant's Motion For An Extension Of Time In Which To File Appellant's Brief has been served on October 21, 2026, by first class mail, postage prepaid upon those listed below:

Trustee:
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19696

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Respondent
bkgroup@kmllawgroup.com

The Honorable Anthony T. Verwey
Court of Common Pleas of Chester County, Pennsylvania
Justice Center, Courtroom 2
201 West Market Street
West Chester, PA 19380-0989
610-344-4230

Respectfully submitted:

D. Odell

Drema O'dell, Pro Se
P.O. Box 205
Edgmont, PA 19028
267-418-5177

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DREMA O'DELL :
:
: C.A. No. 26-6469
:
:

**ORDER ON APPELLANT'S MOTION FOR AN EXTENSION OF THE TIME IN WHICH TO FILE APPELLANT'S BRIEF**

AND NOW, this _________ day of ______________, 2026, upon Appellant's Motion For an Extension Of The Time In Which To File Appellant's Brief, and upon any response thereto and any hearing thereon, this Court hereby ORDERS that the said Motion is GRANTED.

The Appellant is directed to file her Appellant's brief on or before __________________ ______, 2026.

By the Court:

_____________________________
J.

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. D... or cash equival...

DREMA ODELL
(267) 418-5177
1801 MEADOW HUNT LN
NEWTOWN SQUARE PA 19073

0.2 LBS LTR
SHP WT: LTR
DATE: 21 OCT 2026

SHIP TO:
US DISTRICT COURT
RM 2609
601 MARKET ST
PHILADELPHIA PA 19106-1732

PA 191 9-65

UPS NEXT DAY AIR 1

TRACKING #: 1Z C09 9B7 01 1810 5981

BILLING: P/P

REF #1: D.A.

MHTPGN35:KEF8 ISH 13.00C ZZP 450 38.5U 09/2026

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

Apply shipping documents on this side.

Do not use this envelope for:

**UPS Ground®**
**UPS Standard®**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn more about our Print & Business Services.

Serving you for more than 100 years
United Parcel Service.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

01880250709 08/21 United Parcel Service